# Law Offices of
# *Dario Di Lello*

*1542 Route 52, Suite 1*
*Fishkill, New York 12524*
*(845) 765 0090*
*Facsimile (845) 765-8214*
**Email: dario@centralparklaw.com**

---

| | |
|---|---|
| Dario Di Lello +* | *Of Counsel* |
| + Also admitted in CT | Devon Salts |
| * Also admitted in NJ | Richard Zirt |
| | *Paralegal* |
| | Lisa O'Neill |

September 10, 2018

The Honorable Cecelia G. Morris
United States Bankruptcy Court Chief Judge
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601

                        RE:  Camille Orgen
                        U.S. Bankruptcy Court- SDNY, Poughkeepsie
                        Case No: 18-35028
                        **Selene Finance**

Dear Judge Morris:

      Our office represents the Debtor, Camille Orgen in the above-captioned case. This serves as a status report on the loss mitigation with Seterus/**now Selene** which is currently on the court calendar for September 10, 2018.

      On September 10, 2018, our clients were offered a 3 month Trial Modification which they have accepted.  Once completed, we anticipate filing the appropriate 9019 application.

                                          Respectfully Submitted,

                                          /S Dario Di Lello
                                          Dario Di Lello